IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 07-616-TUC-JMR |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| BRILL FRANCISCO ANTONE, | ) | |
| | ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation [54] dated April 12, 2010.

DATED this 5th day of May, 2010.

_____
John M. Roll
Chief United States District Judge